UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
FAHEY SR., JOHN M § Case No. 10-14568
FAHEY, SUSAN F §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ELLIOTT POLANIECKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

     4) This case was originally filed under chapter     on      , and it was converted to chapter 7 on     . The case was pending for    months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

     Dated: _____ By:/s/ELLIOTT POLANIECKI, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LYNN LAPE, ESQ. |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | FIFTH THIRD BANK |  |  |  |  |  |
| 000003 | PHH MORTGAGE CORPORATION |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELLIOTT POLANIECKI, TRUSTEE | | | | | |
| ELLIOTT POLANIECKI, TRUSTEE | | | | | |
| CLERK, U.S. BANKRUPTCY COURT | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH TURNER | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advance America 5184 Delhi Pike Cincinnati, OH 45239 | | | | | |
| | Alexandria Vaneck, Esq. 5620 Southwyck Blvd Toledo, OH 43614 | | | | | |
| | Bass & Associates 3936 E Fort Lowell Road, Suite 200 Tucson, AZ 85712-1083 | | | | | |
| | Buckeye Lending Solutions 7001 Post Road, Suite 300 Dublin, OH 43016 | | | | | |
| | Chase 4915 Independence Parkway Tampa, FL 33634 | | | | | |
| | Christ Hospital 2139 Auburn Avenue Cincinnati, OH 45219 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Computer Collections 640 W Fourth Street PO box 5238 Winston Salem, NC 27113-5238 | | | | | |
| | Controlled Credit Corporation 3687 Warsaw Avenue P.O. Box 5154 Cincinnati, OH 45205 | | | | | |
| | Dillard's P.O. Box 960012 Dayton, FL 32896-0012 | | | | | |
| | GEMB/Sam's PO Box 981400 El Paso, TX 79998 | | | | | |
| | Gateways 3131 Harvey Ave. Suite 201 Cincinnati, OH 45229 | | | | | |
| | Good Samaritan Hospital 375 Dixmyth Ave. Cincinnati, OH 45220 | | | | | |
| | Health Recovery Services, Inc. PO Box 724 Athens, OH 45701 | | | | | |
| | Home Depot PO Box 103047 Roswell, GA 30076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kevin Henson 311 Anderson Ferry Rd Cincinnati, OH 45238 | | | | | |
| | Kohl's PO Box 2983 Milwaukee, WI 53201-2983 | | | | | |
| | Larry Graham MD-Athena PO Box 632110 Cincinnati, OH 45263 | | | | | |
| | Medical Services 2810 Walker Road Suite 100 Chattanooga, TN 37421 | | | | | |
| | Meijer Platinum PO Box 960015 Orlando, FL 32896-0015 | | | | | |
| | Mercy Health Partners Patient Accounts 4600 McAuley Place, 5th Floor Cincinnati, OH 45242 | | | | | |
| | Mercy Medical Assoc. 4600 MCauley Pl. 5th Fl Cincinnati, OH 45242 | | | | | |
| | Northland Group PO Box 390905 Minneapolis, MN 55439 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Bank PO Box 3429 Pittsburgh, PA 15230-3429 | | | | | |
| | PNC PO Box 15137 Wilmington, DE 19886 | | | | | |
| | Paypal Buyer Credit/GEMB PO Box 960080 Dayton, FL 32896 | | | | | |
| | Physicians Health Source Inc 3328 Westbourne Drive Cincinnati, OH 45248 | | | | | |
| | Professional Placement PO Box 612 Milwaukee, WI 53201 | | | | | |
| | Reward Zone Progam Mastercard PO Box 80045 Salinas, CA 93912-0045 | | | | | |
| | Sears P.O. Box 6286 Sioux Falls, SD 57117-6286 | | | | | |
| | Target PO Box 1581 Minneapolis, MN 55440 | | | | | |
| | Thomas McMackin Esq. PO Box 145496 Cincinnati, OH 45250 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Collection Bureau 5620 Southwyke Blvd Toledo, OH 43614 | | | | | |
| | rcs PO Box 7229 Westchester, IL 60154 | | | | | |
| 000016 | CHASE BANK USA,N.A | | | | | |
| 000024 | CINCINNATI BELL TELEPHONE | | | | | |
| 000025 | CINCINNATI BELL TELEPHONE | | | | | |
| 000015 | CINCINNATI CHILDREN'S MED CTR | | | | | |
| 000001 | CINCINNATI INSURANCE CO | | | | | |
| 000004 | DONALD AND ANN OSTERFELD | | | | | |
| 000017 | EAST BAY FUNDING, LLC | | | | | |
| 000007 | FIFTH THIRD BANK | | | | | |
| 000006 | HSBC BANK NEVADA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | HSBC BANK NEVADA, N.A. | | | | | |
| 000023 | HSBC BANK NEVADA, N.A. | | | | | |
| 000011B | INTERNAL REVENUE SERVICE | | | | | |
| 000005 | MEDCORP | | | | | |
| 000009 | NATIONAL CAPITAL MANAGEMENT, LLC. | | | | | |
| 000010 | NATIONAL CAPITAL MANAGEMENT, LLC. | | | | | |
| 000002 | PORTFOLIO RECOVERY ASSOCIATES LLC | | | | | |
| 000012 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000013 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000019 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000020 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000022 | SALLIE MAE PC TRUST | | | | | |
| 000021 | VERIZON WIRELESS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 10-14568 | BB | Judge: BETH A. BUCHANAN | Trustee Name: | ELLIOTT POLANIECKI, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | FAHEY SR., JOHN M | | | Date Filed (f) or Converted (c): | 12/20/11 (c) |
| | FAHEY, SUSAN F | | | 341(a) Meeting Date: | 01/17/12 |
| For Period Ending: 01/16/13 | | | | Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4425 CLOVERHILL TERRACE, CINCINNATI OH 45238 | 115,000.00 | 0.00 | OA | 0.00 | FA |
| 2. CASH ON HAND | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. CHECKING ACCOUNT AT PNC BANK | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 4. CHECKING ACCOUNT AT PNC BANK | 2.00 | 0.00 | OA | 0.00 | FA |
| 5. COUCH, LOVESEAT, TV, DVD PLAYER, TABLE AND CHAIRS, | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 6. WEARING APPAREL | 500.00 | 0.00 | OA | 0.00 | FA |
| 7. WEDDING BANDS, COSTUME JEWELRY | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 8. ERISA QUALIFIED 401(A) PLAN WITH THE CHRIST HOSPIT | 4,390.43 | 0.00 | OA | 0.00 | FA |
| 9. 2003 CHEVROLET S10 65,000 + MILES | 3,050.00 | 0.00 | OA | 0.00 | FA |
| 10. 2006 FORD FOCUS 60,000 MILES | 8,625.00 | 2,479.51 | | 2,891.28 | FA |
| 11. CAT | 0.00 | 0.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.01 | Unknown |
| TOTALS (Excluding Unknown Values) | $135,767.43 | $2,479.51 | | $2,891.29 | Gross Value of Remaining Assets $0.00 |

LFORM1
Ver: 17.01
UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Case 1:10-bk-14568   Doc 80   Filed 01/16/13   Entered 01/16/13 11:58:14   Desc
Page 13 of 17

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-14568 | BB | Judge: BETH A. BUCHANAN | Trustee Name: | ELLIOTT POLANIECKI, TRUSTEE |
| Case Name: | FAHEY SR., JOHN M | | | Date Filed (f) or Converted (c): | 12/20/11 (c) |
| | FAHEY, SUSAN F | | | 341(a) Meeting Date: | 01/17/12 |
| | | | | Claims Bar Date: | 04/16/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/13     Current Projected Date of Final Report (TFR): 03/31/13

          /s/    ELLIOTT POLANIECKI, TRUSTEE
_____    Date: 01/16/13
          ELLIOTT POLANIECKI, TRUSTEE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit 9

| Case No: | 10-14568 -BB | | Trustee Name: | ELLIOTT POLANIECKI, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FAHEY SR., JOHN M / FAHEY, SUSAN F | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******0259 Checking Account |
| Taxpayer ID No: | *******3509 | | | |
| For Period Ending: | 01/16/13 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/21/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 411.77 | | 411.77 |
| 10/07/12 | 300001 | LYNN LAPE, ESQ. ATTORNEY FOR JOHN FAHEY and SUSAN FAHEY 5451 NORTH BEND ROAD, STE. 105B CINCINNATI, OH 45247 | DEBTORS' EXEMPTIONS RE-ISSUED CHECK | 8100-002 | | 411.77 | 0.00 |

|  | COLUMN TOTALS | 411.77 | 411.77 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 411.77 | 0.00 | |
| | Subtotal | 0.00 | 411.77 | |
| | Less: Payments to Debtors | | 411.77 | |
| | Net | 0.00 | 0.00 | |

Page Subtotals  411.77  411.77

Ver: 17.01

LFORM24
UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-14568 -BB | Trustee Name: | ELLIOTT POLANIECKI, TRUSTEE |
|---|---|---|---|
| Case Name: | FAHEY SR., JOHN M | Bank Name: | BANK OF AMERICA, N.A. |
| | FAHEY, SUSAN F | Account Number / CD #: | *******0695  BofA - Money Market Account |
| Taxpayer ID No: | *******3509 | | |
| For Period Ending: | 01/16/13 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/30/12 | 10 | 5/3 BANK | EXCESS PROCEEDS FROM MV SALE | 1129-000 | 2,891.28 | | 2,891.28 |
| 06/21/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,891.29 |
| 06/21/12 | | Transfer to Acct #*******0734 | Final Posting Transfer | 9999-000 | | 2,891.29 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 2,891.29   2,891.29   0.00 |
| Less:  Bank Transfers/CD's | 0.00   2,891.29 |
| Subtotal | 2,891.29   0.00 |
| Less:  Payments to Debtors | 0.00 |
| Net | 2,891.29   0.00 |

Page Subtotals     2,891.29     2,891.29

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-14568 -BB | | Trustee Name: | ELLIOTT POLANIECKI, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FAHEY SR., JOHN M | | Bank Name: | BANK OF AMERICA, N.A. |
| | FAHEY, SUSAN F | | Account Number / CD #: | *******0734 BofA - Checking Account |
| Taxpayer ID No: | *******3509 | | | |
| For Period Ending: | 01/16/13 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/21/12 | | Transfer from Acct #*******0695 | Transfer In From MMA Account | 9999-000 | 2,891.29 | | 2,891.29 |
| * 06/21/12 | 003001 | JOHN FAHEY and SUSAN FAHEY C/O LYNN LAPE, ESQ. 5451 NORTH BEND ROAD, STE. 105B CINCINNATI, OH 45247 | DEBTORS' EXEMPTION | 8100-004 | | 411.77 | 2,479.52 |
| 08/06/12 | 003002 | ELLIOTT POLANIECKI, TRUSTEE 9000 PLAINFIELD ROAD CINCINNATI, OH 45236 | Chapter 7 Compensation/Fees | 2100-000 | | 619.88 | 1,859.64 |
| 08/06/12 | 003003 | ELLIOTT POLANIECKI, TRUSTEE 9000 PLAINFIELD ROAD CINCINNATI, OH 45236 | Chapter 7 Expenses | 2200-000 | | 186.45 | 1,673.19 |
| 08/06/12 | 003004 | CLERK, U.S. BANKRUPTCY COURT 221 E. FOURTH STREET, STE. 800 CINCINNATI, OH 45202 | Claim B, Payment 100.00000% | 2700-000 | | 260.00 | 1,413.19 |
| 08/06/12 | 003005 | Deborah Turner 11987 Huntergreen Dr Cincinnati Oh 45251 | Claim 000014, Payment 100.00000% | 6700-000 | | 225.00 | 1,188.19 |
| 08/06/12 | 003006 | Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | Claim 000011A, Payment 73.97108% | 5800-000 | | 1,188.19 | 0.00 |
| | | | | Page Subtotals | 2,891.29 | 2,891.29 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 10-14568 -BB | | Trustee Name: | ELLIOTT POLANIECKI, TRUSTEE |
|---|---|---|---|---|
| Case Name: | FAHEY SR., JOHN M | | Bank Name: | BANK OF AMERICA, N.A. |
| | FAHEY, SUSAN F | | Account Number / CD #: | *******0734 BofA - Checking Account |
| Taxpayer ID No: | *******3509 | | | |
| For Period Ending: | 01/16/13 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/19/12 | 003001 | JOHN FAHEY and SUSAN FAHEY C/O LYNN LAPE, ESQ. 5451 NORTH BEND ROAD, STE. 105B CINCINNATI, OH 45247 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 8100-004 | | -411.77 | 411.77 |
| 09/21/12 | | Trsf To BANK OF KANSAS CITY | FINAL TRANSFER | 9999-000 | | 411.77 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 2,891.29 | 2,891.29 | 0.00 |
| Less: Bank Transfers/CD's | 2,891.29 | 411.77 | |
| Subtotal | 0.00 | 2,479.52 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2,479.52 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0259 | 0.00 | 0.00 | 0.00 |
| BofA - Money Market Account - ********0695 | 2,891.29 | 0.00 | 0.00 |
| BofA - Checking Account - ********0734 | 0.00 | 2,479.52 | 0.00 |
| | 2,891.29 | 2,479.52 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ ELLIOTT POLANIECKI, TRUSTEE
Trustee's Signature: _____ Date: 01/16/13
ELLIOTT POLANIECKI, TRUSTEE

Page Subtotals 0.00 0.00

Ver: 17.01

LFORM24
UST Form 101-7-TDR (5/1/2011) (Page: 17)